

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-15-00050-CR

April **OLIVAREZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR9337
Honorable Ray Olivarri, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED March 25, 2015.

_____
Karen Angelini, Justice